# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2633
LT Case No. 2000-030681-CFAES

———————————————

HENRY L. PETERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Henry L. Peterson, Daytona Beach, pro se.

Ashley Moody, Attorney General, and Pamela J. Koller, Assistant
Attorney General, Daytona Beach, for Appellee.

April 2, 2024

PER CURIAM.

AFFIRMED.

MAKAR, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____